*Pro Se 15 2016*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Sean Turpin<br>__________<br>__________,<br>Plaintiff(s),<br>v.<br>Longview School District 122<br>John/Jane Doe 1-3<br>__________,<br>Defendant(s). | CASE NO. ________<br>[to be filled in by Clerk's Office]<br><br>COMPLAINT FOR VIOLATION OF CIVIL RIGHTS<br>(for use only by plaintiffs not in custody)<br><br>Jury Trial: ☒ Yes ☐ No |

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Sean Turpin |
| Street Address | 2421 Nichols Blvd |
| City and County | Longview Cowlitz County |
| State and Zip Code | Washington State 98632 |
| Telephone Number | 509-306-9118 |

B. Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | Longview School District 122 |
| Job or Title *(if known)* | |
| Street Address | 2715 Lilac Street |
| City and County | Longview Cowlitz County |
| State and Zip Code | Washington State 98632 |
| Telephone Number | 360-575-7000 |
| ☐ Individual capacity | ☒ Official capacity |

Defendant No. 2

| | |
|---|---|
| Name | John/Jane Does #1 (District employee |
| Job or Title *(if known)* | responsible for administration and moderation |
| Street Address | of official District social media accounts) |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| ☐ Individual capacity | ☒ Official capacity |

Defendant No. 3

| | |
|---|---|
| Name | John/Jane Doe #2 (District employee |
| Job or Title *(if known)* | responsible for administration and moderation |
| Street Address | of official District social media accounts.) |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| ☐ Individual capacity | ☒ Official capacity |

Defendant No. 4

Name: John/Jane Doe #3 (District employee
Job or Title *(if known)*: ressponsible for administration and moderation
Street Address: of official District social media accounts.)
City and County: ______
State and Zip Code: ______
Telephone Number: ______

☐ Individual capacity ☒ Official capacity

## II. PREVIOUS LAWSUITS

Have you brought any other lawsuits in any federal court in the United States:?

☒ No ☐ Yes If yes, how many? ______

Describe the lawsuit:

______

______

______

______

Parties to this previous lawsuit:

______

______

______

______

Plaintiff(s)

______

______

________________________________________

________________________________________

Defendant(s)

________________________________________

________________________________________

________________________________________

________________________________________

*(If there is more than one previous lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Attach additional sheets, if necessary)*

Court and name of district:

________________________________________

Docket Number: ______________________________

Assigned Judge: ______________________________

Disposition: *(For example, was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?)*

________________________________________

________________________________________

________________________________________

Approximate filing date of lawsuit: ________________________

Approximate date of disposition: ________________________

## III. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens*

*v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suite against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

First Amendment – Freedom of Speech

First Amendment – Freedom from Viewpoint Discrimination in a Limited Public Forum

Fourteenth Amendment – Incorporation of First Amendment protections against state actors

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing

under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See attachment A

## IV. STATEMENT OF CLAIM

*State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

A. Where did the events giving rise to your claim(s) occur?

On the Longview School District's official Facebook and X social media pages, accessible in Cowlitz County, Washington.

B. What date and approximate time did the events giving rise to your claim(s) occur?

January 21–22, 2026, and February 10, 2026.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attachment B

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.*

Plaintiff suffered deprivation of First Amendment rights and loss of ability to participate in an ongoing public forum concerning matters of public concern. Plaintiff experienced emotional distress associated with the loss of constitutional rights. Plaintiff did not require medical treatment.

## VI. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.*

1. Declaratory relief that Defendant's actions violated Plaintiff's First Amendment rights. 2. Injunctive relief requiring Defendant to adopt and implement objective, viewpoint-neutral standards governing disabling of public comment functionality. 3. Nominal damages. 4. Compensatory damages in an amount to be determined at trial. 5. Costs and such other relief as the Court deems just.

## VII. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: February 11, 2026

Signature of Plaintiff [signature]

Printed Name of Plaintiff Sean Turpin

Date of signing: ______________________

Signature of Plaintiff ______________________

Printed Name of Plaintiff ______________________

Date of signing: ______________________

Signature of Plaintiff ______________________

Printed Name of Plaintiff ______________________