**From:** Sean Turpin
**To:** WAWDdb_NewCasesTac
**Subject:** NEW CIVIL COMPLAINT (3:26-cv-5126-DGE)– Sean Turpin v. Longview School District No. 122
**Date:** Wednesday, February 11, 2026 8:38:44 PM
**Attachments:** Turpin v. Longview School District 122 Civil Cover Sheet.pdf
Turpin v. Longview School District 122_Complaint.pdf

---

**CAUTION - EXTERNAL:**

Attached please find a Complaint for Violation of Civil Rights and Civil Cover Sheet for filing. Filing fee will be paid over the phone within the next 48 hours.

Sean Turpin

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.